UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH SANDERS, Plaintiff | CIVIL ACTION NO. 1:18-CV-89-P |
| VERSUS | JUDGE DEE D. DRELL |
| RAYMOND LABORDE CORRECTIONAL CENTER, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

MEMORANDUM ORDER

Before the Court is a motion to voluntarily dismiss filed by pro se Plaintiff Kenneth Sanders ("Sanders") (#228589). (Doc. 23). Sanders filed a deficient complaint, a complaint on the Court-approved form, an amended complaint, and three additional letters to the Court containing various allegations. (Docs. 1, 10, 14, 15, 16, 17). Sanders's chief complaint is his assignment to a top bunk in violation of his duty status. However, Sanders also briefly mentions other grievances with RLCC.

Because Sanders only named RLCC as a Defendant, and RLCC is not a "person" subject to suit under § 1983[1], Sanders was ordered to amend his complaint to name other Defendants if he wished to proceed with his suit. (Doc. 18). Sanders was instructed to state the names of each person who allegedly violated Sanders's constitutional rights; a description of what each named defendant did to violate

---

[1] See Davis v. St. Charles Parish Correctional Center, No. 10–98, 2010 WL 890980, at *3 (E.D. La. Mar. 8, 2010); Dorsey v. Nelson Coleman Correctional, No. 09–7673, 2010 WL 677742, at *2 (E.D. La. Feb. 24, 2010); Joseph v. Nelson Coleman Correctional Center, No. 09–7670, 2010 WL 55447, at *2 (E.D. La. Jan. 7, 2010); Castillo v. Blanco, No. 07–215, 2007 WL 2264285, at *4 (E.D. La. Aug. 1, 2007).

Sanders's rights; the place and date that each event occurred; and, a description of the injury sustained as a result of each alleged violation. (Doc. 18).

After seeking an extension of time within which to comply with the Court's order, Sanders filed a motion to voluntarily dismiss his complaint. (Doc. 23).

Because no Defendant has been served, IT IS ORDERED that Sanders's voluntarily motion to dismiss (Doc. 23) is GRANTED, and Sanders's complaint is DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this  6th  day of July, 2018.

Joseph H.L. Perez-Montes
United States Magistrate Judge